**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Epson America, Inc., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| | ) | Civil Action No. 1:26-cv-11552-AK |
| v. | ) ) | |
| Shenzhen Cuture Innovation Electronic Co. | ) ) | |
| Ltd. *et al*., Defendant(s). | ) ) | |

**<u>SAMPLE SCHEDULING ORDER</u>**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

A.  **<u>Initial Disclosures</u>**: Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by   July 09, 2026     .

B.  **<u>Amendments to Pleadings</u>**: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after  July 23, 2026.

C.  **<u>Fact Discovery – Interim Deadlines</u>**:

   1.  Written discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than November 09, 2026.

   2.  All depositions, other than expert depositions, must be completed by November 09, 2026 .

D.  **<u>Fact Discovery – Final Deadline</u>**: All discovery, other than expert discovery, must be completed by   December 09, 2026 .

E.  **<u>Status Conference</u>**:  The Court will schedule a status conference at or near the close of fact discovery for case management purposes.  Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

1

**F.  Expert Discovery**:

1. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by November 09, 2026.

2. Plaintiff's trial experts must be deposed by January 09, 2027.

3. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by December 09, 2026.

4. Defendant's trial experts must be deposed by January 09, 2027.

**G.  Dispositive Motions**:

1. Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by February 09, 2027.

2. Oppositions to dispositive motions must be filed within 21 days of service of the motion.

3. Reply memoranda, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

4. Sur-Reply memoranda are not permitted.

**H.  Trial by Magistrate Judge**: The parties do not consent to trial by magistrate judge at this time.

**SO ORDERED.**

Dated:                                             /s/_____
                                                         Hon. Angel Kelley
                                                         United States District Judge