**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Epson America, Inc.

Plaintiff,

v.

Shenzhen Cuture Innovation Electronic Co., Ltd. and Shenzhenshijinhongyuanyuankejiyouxiangongsi,

Defendants.

Case No.: 1:26-cv-11552-AK

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Epson America, Inc. ("Epson") and Defendants Shenzhen Cuture Innovation Electronic Co., Ltd. and Shenzhenshijinhongyuanyuankejiyouxiangongsi (collectively, "Defendants"), by and through their undersigned counsel, jointly move to modify the Scheduling Order entered on June 10, 2026 (Dkt. 13), by extending the remaining deadlines by three months.

Good cause exists for the requested modification. Defendants are foreign entities, which has required—and will continue to require—additional time for the parties to coordinate discovery and communications. In addition, the parties intend to pursue mediation, and believe that allowing additional time to conduct discovery and prepare for mediation will facilitate meaningful settlement discussions and may conserve the resources of the parties and the Court.

Accordingly, the parties respectfully request that the Court modify the Scheduling Order as follows:

| ***Deadline*** | ***Current Deadline*** | ***Proposed Deadline*** |
|---|---|---|
| Written discovery to be served | November 9, 2026 | February 9, 2027 |
| Plaintiff's trial expert disclosures | November 9, 2026 | February 9, 2027 |

| | | |
|---|---|---|
| Non-expert depositions completed | November 9, 2026 | February 9, 2027 |
| Fact discovery completed | December 9, 2026 | March 9, 2027 |
| Defendant's trial expert disclosures | December 9, 2026 | March 9, 2027 |
| Plaintiff's trial experts deposed | January 9, 2027 | April 9, 2027 |
| Defendant's trial experts deposed | January 9, 2027 | April 9, 2027 |
| Dispositive motions filed | February 9, 2027 | May 10, 2027 |

The deadlines for oppositions and replies to dispositive motions would remain as set forth in the initial Scheduling Order (*see* Dkt. 12) and run from the applicable filing and service dates.

The requested extension is sought jointly and in good faith to permit the parties sufficient time to complete discovery and pursue mediation. The parties submit that the requested modification will promote the efficient resolution of this action without prejudice to either party.

**WHEREFORE**, the parties respectfully request that the Court grant this Joint Motion and modify the Scheduling Order as set forth above.

Dated: September 21, 2026

**PLAINTIFF EPSON AMERICA, INC.**

By its attorneys,

*/s/ Sally P. Langan*
Sally P. Langan (BBO #713323)
Morgan T. Nickerson (BBO #667290)
morgan.nickerson@klgates.com
K&L Gates LLP
One Congress Street, 29th Floor
Boston, MA 02114
(617) 261-3100
(617) 261-3175

***Attorneys for Epson America, Inc.***

**DEFENDANTS SHENZHEN CUTURE INNOVATION ELECTRONIC CO., LTD. AND SHENZHENSHIJINHONGYUANYUAN KEJIYOUXIANGONGSI**

By their attorneys,

*/s/ Edward A. Prisby*
Edward A. Prisby
Kajko, Weisman & Colasanti, LLP
430 Bedford Street, Suite 190
Lexington, MA 02420
(781) 860-9500
Eprisby@massfirm.com

**ANALECTS LEGAL LLC**
1212 S Naper Blvd.
Suite $119 – PMB 238
Naperville, IL 60540-7349

Elliot C. Mendelson, Ph.D., J.D.
(pro hac forthcoming)
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel 1.630.385.5514

Yichen Cao, Ph.D., J.D.
(pro hac forthcoming)
Illinois Bar No 6326669
Email: ycao@analetcslegal.com
TelL 1.630.386.5514

***Attorneys for Shenzhen Cuture Innovation Electronic Co., Ltd. and Shenzhenshijinhongyuanyuankejiyouxiangongsi***